OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 The defendant, approached by a police officer for a gambling violation, fled to a nearby store and refused to come out until the officer had pried the door open. The officer then frisked the defendant and found a loaded handgun. Under the circumstances we agree with the courts below that the frisk of the defendant did not violate his constitutional rights. Although the fact that a person has been stopped for a violation does not ordinarily justify a frisk
 
 (People v St. Clair,
 
 54 NY2d 900), a limited pat down for concealed weapons was reasonable in light of the defendant’s uncooperative and suspicious conduct after he had been ordered to stop by the officer.
 

 Chief Judge Wachtler and Judges Jasen, Meyer, Simons, Kaye and Alexander concur; Judge Titone taking no part.
 

 Order affirmed in a memorandum.